JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG CHOI,<br>    Plaintiff,<br><br>        v.<br><br>HELLENIC ENTERPRISES, INC. doing business as Jims Burgers No. 5,<br>    Defendant. | Case No. CV 19-09139 DSF (ADSx)<br><br>JUDGMENT |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to request entry of default as to defendant Hellenic Enterprises, Inc. doing business as Jims Burgers No. 5,

    IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: April 15, 2020

                                                    Dale S. Fischer
                                                    United States District Judge